FILED - USDC - FLMD - OCA
JUL 10 2025 AM11:05

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

KEILLER HERNANDEZ-OLAYA,
*Petitioner*

v.

WARDEN A. MENDOZA, FCC COLEMAN - LOW,
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 5:25-cv-431-KKM-PRL
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Keiller Hernandez-Olaya
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FCC Coleman Low
   (b) Address: 846 NE 54th Terrace
   Coleman, FL 33521
   (c) Your identification number: 51974-510
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: US District Court for the Middle District of Florida
   (b) Docket number of criminal case: 8:23-CR-97-SCB-SPF
   (c) Date of sentencing: 09/25/2023
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: FBOP/FCC Coleman Low

(b) Docket number, case number, or opinion number: 1222027-A1

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
Denial of Federal Earned Time Credits via FSA based on alleged 'Final Removal Order'

(d) Date of the decision or action: June 18, 2025

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:
FCC Coleman Low, Warden A. Mendoza (BP-9)

(2) Date of filing: February 2025

(3) Docket number, case number, or opinion number: 1222027-F1

(4) Result: Denied

(5) Date of result: March 2025

(6) Issues raised: Denial of FSA/FTCs based on alleged 'Final Removal Order.'

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

HERNANDEZ-OLAYA, KEILLER 51974510

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: FBOP/Southeast Regional Office

(2) Date of filing: March 2025

(3) Docket number, case number, or opinion number: 1222027-R1

(4) Result: Denied

(5) Date of result: April 2025

(6) Issues raised: Denial of FSA/FTCs based on alleged 'Final Removal Order.'

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: FBOP/Central Office

(2) Date of filing: April 26, 2025

(3) Docket number, case number, or opinion number: 1222027-A1

(4) Result: Denied

(5) Date of result: June 18, 2025

(6) Issues raised: Denial of FSA/FTCs based on alleged 'Final Removal Order.'

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☒ No

HERNANDEZ-OLAYA, KEILLER 51974510

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

Challenging the calculation and application of FSA federal time credits toward my sentence. I am not challenging the validity of such or effectiveness of my defense counsel. Therefore, a §2255 is improper.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

HERNANDEZ-OLAYA, KEILLER 51974510

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

HERNANDEZ-OLAYA, KEILLER 51974510

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** FBOP/FCC Coleman- Low's denial of FSA eligibility and the associated Federal Time Credits based on an alleged immigration 'Final Removal Order.'

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Under FSA §3632(d)(4), a prisoner is eligible for the earning of up to an additonal 15 days/month. The BOP/Coleman Low has denied my eligibility based on alleged 'Final Removal Order.' They state that due to my previous criminal history and my 'illegal entry' I have been issued a Final Removal Order. This is in fact false, as I have no criminal history, illegal entry nor issued a Notice of Expedited Removal in court.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:** N/A.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

HERNANDEZ-OLAYA, KEILLER 51974510

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: Order the BOP/FCC Coleman Low to deem me eligible for FSA and its associated Federal Time Credits thus calculating all potential credits and those earned until that time and properly apply them toward my release. As having an ICE/DHS detainer and a possibility of being deported DOES NOT disqualify me from receiving Federal Time Credits under FSA. In the alternative, order the BOP/FCC Coleman Low to produce the alleged 'Final Removal Order' signed by an Immigration Judge, not a DHS/ICE "Notice of Action" administrative Form I-247A stating that removal proceedings are in progress; as this form is not a valid means of or a substitute for an actual signed 'Final Removal Order.'

HERNANDEZ-OLAYA, KEILLER 51974510

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
June 20, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: June 20, 2025

Keiller Hernandez
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

HERNANDEZ-OLAYA, KEILLER 51974510

Page 9 of 9



US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
GOLDEN-COLLUM MEMORIAL FEDERAL BUILDING
    & US COURTHOUSE
207 NORTHWEST SECOND ST., SUITE 337
OCALA, FL 34475-6603

SCREENED By USMS

KEILLER HERNANZEZ-OLAYA
REG#51974-510
FCC COLEMAN LOW
P.O. BOX 1031
COLEMAN, FL 33521